IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEAN L KNIGHT, KATHERINE E MEYER, <br><br> Plaintiffs, <br><br> vs. <br><br> NASH-FINCH COMPANY, <br><br> Defendant. | **8:12CV404** <br><br> **AMENDED PROGRESSION ORDER** |

IT IS ORDERED that the parties' joint motion, (Filing No. 30), is granted, and the progression schedule is amended as follows:

1) The non-jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in the Special Proceedings, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **June 2, 2014**, or as soon thereafter as the case may be called, for a duration of four (4) trial days.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **May 20, 2014** at **10:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on May 19, 2014. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) A telephonic conference with the undersigned magistrate judge will be held on **March 4, 2014** at **10:00 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is March 14, 2014. Motions to compel Rule 33 through 36 discovery must be filed by February 28, 2014.

5) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):        January 3, 2014
        For the defendant(s):       January 31, 2014

6) The deposition deadline is April 14, 2014.

7) The deadline for filing motions to dismiss and motions for summary judgment is April 14, 2014. The parties are advised, however, that the trial and pretrial conference may be continued on the court's own motion if dispositive motions are filed after March 3, 2014.

8) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 14, 2014.

October 28, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge