IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DEAN L KNIGHT, KATHERINE E MEYER,

Plaintiffs,

vs.

NASH-FINCH COMPANY,

Defendant.

**8:12CV404**

**ORDER**

Pursuant to the parties' stipulation for dismissal of this case, (filing no. 76),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against the defendant are dismissed with prejudice, each party to pay their own costs and attorney fees.

April 9, 2015.

BY THE COURT:

_s/ Cheryl R. Zwart_
United States Magistrate Judge